UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. COREY TAYLOR** ~~[redacted]~~  SBI: 263476C  Booking #: J201123881

## PETITION FOR WRIT OF HABEAS CORPUS

1. COREY TAYLOR, ([redacted]) is now confined at the Essex County Jail, 354 Doremus Avenue, Newark, New Jersey.

2. Said individual will be required at Newark, New Jersey, before the Hon. William H. Walls, United States District Senior Judge **on Thursday, July 5th, 2012, at 9:30 a.m.**, for an **ARRAIGNMENT**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: July 2nd, 2012

_____
BRIAN L. URBANO
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: July 2, 2012

_____
HON. WILLIAM H. WALLS
UNITED STATES DISTRICT SENIOR JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Essex County Jail, Newark, New Jersey

WE COMMAND YOU that you have the body of

**COREY TAYLOR**

now confined at the Essex County Jail, be brought before the United States District Court, the Honorable William H. Walls, District Judge, in the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on July 5th, 2012, at 9:30 a.m., so that he may appear for an **ARRAIGNMENT** in the above-captioned matter.

WITNESS the Honorable William H. Walls
United States District Senior Judge
Newark, New Jersey

DATED: July 2, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk